# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JOSEPH MARVELLI,

          Petitioner

          v.

WORKERS' COMPENSATION APPEAL
BOARD (US FOODS, INC. AND
AMERICAN ZURICH INSURANCE
COMPANY),

          Respondents

: No. 438 EAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.